**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-108(3) (DWF/AJB) |
| | ) | Date: August 19, 2005 |
| LEONARDO RODRIGUEZ-OLIVAS, | ) | Court Reporter: |
| a/k/a Jose Olivia-Valdez, | ) | Tape Number: 115-1129/1342 |
| | ) | Time Commenced: 11:00 a.m. |
| Defendant. | ) | Time Concluded: 11:15 a.m. |
| | ) | Time in Court: 15 Minutes |

APPEARANCES:

Plaintiff: John Docherty, Assistant U.S. Attorney
Defendant: Lyonel Norris, Assistant Federal Public Defender

☐ FPD ☐ CJA ☐ Retained ☒ To Be Appointed

Interpreter / Language: Amy Johnson / Spanish

Date Charges Filed: 9/12/00 Offense: Poss. With Intent Cocaine

on ☒ Indictment

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered

Next appearance date is 8/23/05 at 10:00 a.m. before U.S. Magistrate Judge Janie S. Mayeron for:

☒ Detention Hearing ☒ Arraignment ☒ Identity Hearing

s/Katie Haagenson
Judicial Assistant