**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO RODRIGUEZ-OLIVAS,<br>a/k/a Jose Olivia-Valdez,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge<br><br>Case No: 00-108(3) (DWF/AJB)<br>Date: August 23, 2005<br>Court Reporter: NA<br>Tape Number: 115/2258-2415<br>Time Commenced: 10:00 a.m.<br>Time Concluded: 10:15 a.m.<br>Time in Court: 15 Minutes |

☒ **DETENTION HEARING**
☒ **IDENTITY HEARING**
☒ **ARRAIGNMENT HEARING - See Separate Minutes**

APPEARANCES:

Plaintiff: John Docherty, Assistant U.S. Attorney
Defendant: Paul Schneck

Interpreter / Language: Amy Johnson / Spanish

On ☒ Indictment

☐ Bond set in the amount of $25,000 with conditions, see Order Setting Conditions of Release.

☐ Defendant Ordered Detained - Government to Submit proposed Order

Additional Information:

According to the man in the Court room, his name is Jose Leonardo Oliva-Valdez.

A case agent stated that he does not recognize the man in custody as the man listed in the Indictment.

The Government conceded that it cannot meet its burden of proof to establish the identify of the defendant.

The Government dismissed the Detention Motion.

The Indictment remains so the Government can located the correct defendant.

Defendant is to be returned to the facility from which he was transported.

s//Tammy Schemmel
Law Clerk