UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-108(DWF/AJB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEONARDO RODRIGUEZ-OLIVAS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MOTION TO DISMISS INDICTMENT |

The United States of America, by and through its attorneys, Rachel K. Paulose, United States Attorney for the District of Minnesota, and Andrew Dunne, Assistant United States Attorney, hereby moves the Court for an Order dismissing the Indictment against the above-named defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: September 22, 2006

RACHEL K. PAULOSE
United States Attorney

*s/ Andrew Dunne*

BY: ANDREW DUNNE
Assistant U.S. Attorney
Attorney ID No. 175195