# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 00-108(03)(DWF/AJB)

LEONARDO RODRIGUEZ-OLIVAS,

Defendant.

I hereby certify that on September 22, 2006, I served, or caused to be served, the following documents:

MOTION TO DISMISS INDICTMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

**Daniel L Gerdts**
gerdts@blackhole.com

**Paul D Schneck**
schnecklawfirm@aol.com

RACHEL K. PAULOSE
United States Attorney

*s/ Regina M. Hammes*

BY: REGINA M. HAMMES
Legal Assistant