**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Leonardo Rodriguez-Olivas,

Defendant.

Criminal No. 00-108(3) (DWF/AJB)

**ORDER OF DISMISSAL**

---

John Dockerty and Andrew S. Dunne, Assistant United States Attorneys, United States Attorney's Office, counsel for Plaintiff,

Paul D. Schneck, Esq., Schneck Law Office, counsel for Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States' motion for dismissal (Doc. No. 390) is hereby **GRANTED** and the Indictment against the above-named Defendant is dismissed.

Dated: September 25, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court